# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RANCHERS CATTLEMEN ACTION LEGAL FUND UNITED STOCKGROWERS OF AMERICA; WEINREIS BROTHERS PARTNERSHIP; MINATARE FEEDLOT INC; CHARLES WEINREIS; ERIC NELSON; JAMES JENSEN d/b/a LUCKY 7 ANGUS; and RICHARD CHAMBERS AS TRUSTEE OF THE RICHARD C. CHAMBERS LIVING TRUST on Behalf of Themselves and All Other Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TYSON FOODS, INC.; TYSON FRESH MEATS, INC.; JBS S.A.; JBS USA FOOD COMPANY; SWIFT BEEF COMPANY; JBS PACKERLAND, INC.; CARGILL, INCORPORATED; CARGILL MEAT SOLUTIONS CORPORATION; MARFRIG GLOBAL FOODS S.A.; NATIONAL BEEF PACKING COMPANY, LLC; and JOHN DOES 1-10;<br><br>Defendants. | Case No. 1:19-cv-02726<br><br>Judge John J. Tharp, Jr. |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs Ranchers Cattlemen Action Legal Fund United Stockgrowers of America, Weinreis Brothers Partnership, Minatare Feedlot, Inc., Charles Weinreis, Eric Nelson, James Jensen d/b/a Lucky 7 Angus, and Richard Chambers as trustee of the Richard C. Chambers Living Trust ("Plaintiffs") – by and through their undersigned counsel and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) – hereby voluntarily dismiss this action without prejudice.

Dated: May 7, 2019

Respectfully submitted:
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

/s Peter A. Barile III
David R. Scott
Beth A. Kaswan (#1932714)
Peter A. Barile III (#4364295)
Anjali Bhat
The Helmsley Building
230 Park Avenue
17th Floor
New York, NY 10169
Tel.: 212-223-6444
Fax: 212-223-6334
Email: david.scott@scott-scott.com
bkaswan@scott-scott.com
pbarile@scott-scott.com
abhat@scott-scott.com

Anthony F. Fata (#6269721)
Christopher P.T. Tourek (#6314154)
Brian P. O'Connell (#6313628)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
150 S. Wacker
Suite 3000
Chicago, IL 60606
Tel.: 312-782-4882
Fax: 312-782-4485
Email: afata@caffertyclobes.com
ctourek@caffertyclobes.com
boconnell@caffertyclobes.com

Ellen Meriwether
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
205 N. Monroe St.
Media, PA 19063
Tel.:   215-864-2800
Fax:   215-864-2810
Email: emeriwether@caffertyclobes.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Peter A. Barile, an attorney, hereby certify that the foregoing **NOTICE OF VOLUNTARY DISMISSAL** was electronically filed on May 7, 2019, and will be served electronically via the Court's ECF Notice system upon the registered parties of record.

*/s* Peter A. Barile III
Peter A. Barile III